IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re

CHRISTOPHER CHASE NELSON,

    Debtor.                                                  Case No. 13-03473-MAM-7

BRENDA HETRICK, Creditor,

    Plaintiff,

vs.                                                            Case No. 14-

CHRISTOPHER CHASE NELSON,
Debtor,

    Defendant.

## COMPLAINT

### Jurisdiction

1. This adversary proceeding is brought to object to the debtor's discharge of Guardian Ad Litem fees which were awarded in the Juvenile Court of Alabama This court has jurisdiction under 28 U.S.C. §1334(b), and this is a core proceeding under 28 U.S.C. §523 and §157.

### Factual Allegations

2. Creditor, Brenda Hetrick, was appointed to represent the minor child of the Debtor on or about May 6, 2009. Court proceedings regarding the minor child have continued intermittently since that time with the Guardian Ad Litem remaining on the case the entire time.

3. At a time prior to October 13, 2013, CHRISTOPHER CHASE NELSON, debtor herein (**DEBTOR**), was ordered to pay Guardian Ad Litem fees in the amount of $5,000.00 by the Juvenile Court Judges . Debtor paid the sum of $1,135.00 from January 2011 until January 2013. The remaining balance of $3,865.00 plus costs in the amount of $30.00 are still owed to the Guardian Ad Litem.

4. Debtor at a court hearing on February 27, 2013, advised the Guardian Ad Litem that he had an interest in a 2011 Hyundai Elantra.

5. On or about October 2, 2013, Debtor filed for Chapter 7 relief. Debtor listed the debt owed to the Creditor on Schedule F as a disputed debt. Debtor failed to properly list creditor or notify creditor since no address was provided on the bankruptcy schedules.

6. Creditor learned of the Debtor's bankruptcy when an answer to a garnishment was filed by Debtor's employer.

7. Debtor failed to list any interest in the 2011 Hyundai Elantra Limited in his bankruptcy schedules under schedule B, any lease of said vehicle under Schedule G or any repossession or surrender of such vehicle on the Statement of Financial Affairs.

8. That the referenced debt owed to the creditor is nondischargeable pursuant to 11 U.S.C. §523(a)(5) and (15) on the following grounds:

    a. The debt arose from numerous court orders in connection with juvenile court proceedings in which creditor was appointed for the benefit of child of the debtor, which has been held to be in the nature of support for the minor child.

WHEREFORE, the premises considered, Petitioner asks that this Court will set a day for a hearing of this matter, and will enter an order declaring said indebtedness non-dischargeable and awarding the creditor fees and costs incurred in this matter.

/s/Brenda Drendel Hetrick
Brenda Drendel Hetrick, PC
P O Box 851115
Mobile, AL 36685
(251) 341-0405
(251) 650-1688 fax

Serve Defendants:

Christopher Chase Nelson
2287 Schillinger Rd, Apt 201
Mobile, Al 36695